```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                           SOUTHERN DIVISION
                              AT LONDON
```

**CIVIL ACTION NO. 2015-13 (WOB-CJS)**

**WILLIS ROGER BOGGS**                                              **PLAINTIFF**

**VS.**                               <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 13), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the Commissioner's decision is supported by substantial evidence and therefore **affirmed**; that defendant's motion for summary judgment (Doc. 12) is **granted**; that plaintiff's motion for summary judgment (Doc. 11) is **denied**. Judgment to be entered concurrently herewith.

This 7th day of December, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge